UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>[1] JOHN LEWIS LAFFONT-ORDAZ,<br>[2] HENRY JOSE SEGUARA-SALINA,<br>[3] CARLOS ENRIQUE CARABELLO-LUGO,<br>[4] JOEL JOSE FARFAN-GUERRA, and<br>[5] LUIS MIGUEL PULIDO-VILLALVA,<br><br>Defendants. | INDICTMENT<br><br>CRIMINAL NO. 20-063 (PAD)<br><br>VIOLATIONS:<br>46 U.S.C. § 70503(a)(1); and<br>18 U.S.C. § 2.<br><br>(TWO COUNTS & FORFEITURE ALLEGATION) |

THE GRAND JURY CHARGES:

COUNT ONE
Conspiracy to Possess with Intent to Distribute a Controlled Substance
On Board a Vessel Subject to the Jurisdiction of the United States
Title 46, United States Code, Section 70503(a)(1)

Beginning on a date unknown, but until and including January 24, 2020, on the high seas, elsewhere and within the jurisdiction of this Court,

[1] JOHN LEWIS LAFFONT-ORDAZ,
[2] HENRY JOSE SEGUARA-SALINA,
[3] CARLOS ENRIQUE CARABELLO-LUGO,
[4] JOEL JOSE FARFAN-GUERRA, and
[5] LUIS MIGUEL PULIDO-VILLALVA,

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with other diverse persons unknown to the Grand Jury to commit an offense defined in Title 46, United States Code, Section 70503, to wit: to possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States. All in violation of Title 46, United States Code, Section 70503(a)(1).

## COUNT TWO
### Possession with Intent to Distribute a Controlled Substance
### On Board a Vessel Subject to the Jurisdiction of the United States; Aiding and Abetting
### Title 46, United States Code, Section 70503(a)(1), and
### Title 18, United States Code, Section 2

Beginning on a date unknown, but until and including January 24, 2020, on the high seas, elsewhere and within the jurisdiction of this Court,

[1] JOHN LEWIS LAFFONT-ORDAZ,
[2] HENRY JOSE SEGUARA-SALINA,
[3] CARLOS ENRIQUE CARABELLO-LUGO,
[4] JOEL JOSE FARFAN-GUERRA, and
[5] LUIS MIGUEL PULIDO-VILLALVA,

the defendants herein, did knowingly and intentionally aid and abet each other to commit an offense defined in Title 46, United States Code, Section 70503, to wit: to possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States. All in violation of Title 46, United States Code, Section 70503(a)(1), and Title 18, United States Code, Section 2.

## TITLE 46 NARCOTICS
## FORFEITURE ALLEGATION
### Title 46, United States Code, Section 70507

1. The allegations contained in Counts **ONE** and **TWO** of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 46, United States Code, Section 70507.

2. Pursuant to Title 46, United States Code, Section 70507, upon conviction of an offense in violation of Title 46, United States Code, Section 70503, the defendants:

[1] JOHN LEWIS LAFFONT-ORDAZ,
[2] HENRY JOSE SEGUARA-SALINA,
[3] CARLOS ENRIQUE CARABELLO-LUGO,
[4] JOEL JOSE FARFAN-GUERRA, and
[5] LUIS MIGUEL PULIDO-VILLALVA,

shall forfeit to the United States of America property described in section 511 (a) of the Comprehensive Drug Abuse Prevention and Control Act of 1970 (21 U.S.C. § 881(a)) that is used or intended for use to commit, or facilitate the commission of, an offense under Title 46, United States Code, Section 70503. All in accordance with Title 46 United States Code, Section 70507.

TRUE BILL

W. STEPHEN MULDROW
United States Attorney

_____
Myriam Y. Fernández-González,
Assistant United States Attorney
Chief, Criminal Division

_____
Max J. Pérez-Bouret
Assistant United States Attorney
Deputy Chief, Narcotics Unit

_____
Seth Tremble
Special Assistant United States Attorney

_____
FOREPERSON
Date: 6 Feb 2020